UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

SEGUROS NUEVO MUNDO S.A.,

        Plaintiff,

- against -

ALLEN B. TROUSDALE,

        Defendant.

---------------------------------------------------------X

**JUDGMENT**
14-CV-4235 (RRM) (RLM)

      A Memorandum and Order of the undersigned having been filed this day granting defendant's motion for dismissal and directing the Clerk of Court to enter judgment accordingly and close this case, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff takes nothing of defendant and the case is closed.

Dated: Brooklyn, New York
       March 25, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge